

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Firm Fax

October 19, 2017

**BY CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: <u>*D&M Holdings Inc., et al.*, v. *Sonos, Inc.*, C.A. No. 16-141-RGA (D. Del.)</u>

Dear Judge Andrews:

  I write on behalf of defendant Sonos, Inc. in the above captioned case seeking the Court's guidance with regard to Sonos's recently filed a Motion to Narrow the Issues for Trial and Stay U.S Patent 7,987,294 ('294 patent") (Dkt No. 166). Sonos's motion was based on the USPTO's recent institution of an Inter Partes Review of all asserted claims of the patent and Judge Bryson's narrowing of trial to two patents in the related Sonos v. D&M case.

  Given the heavy amount of upcoming pretrial activities in the coming weeks (summary judgment motions, expert reports and depositions) related to the '294 patent, Sonos would like to inquire as to the Court's availability to decide this motion on an expedited basis. Subject to the Court's schedule, Sonos is more than willing to have its motion presented by teleconference, if the Court believes that would be helpful.

  To assist in expediting the motion, Sonos would be filing its reply on an expedited basis. Currently, Plaintiffs' response to the motion is due on Thursday, October 26. Sonos proposes filing its reply two business days later, on Monday, October 30.

  Should Your Honor have any questions, counsel are available at the Court's convenience.

              Respectfully,

              */s/ Philip A. Rovner*

              Philip A. Rovner (#3215)

cc: All Counsel of Record – by CM/ECF
5499502