**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**JACK B. BLUMENFELD**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

October 20, 2017

The Honorable Richard G. Andrews     *VIA ELECTRONIC FILING*
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *D&M Holdings Inc. v. Sonos, Inc.*, C.A. No. 16-141 (RGA)

Dear Judge Andrews:

I write on behalf of Plaintiff D&M Holdings regarding Defendant Sonos's letter of yesterday (D.I. 169) requesting that the Court expedite consideration of Sonos's pending motion to stay with regard to the '294 patent, one of the three patents-in-suit. (D.I. 166).

Sonos knew that D&M intended to add the '294 patent to this case in November 2015, and it was added in March 2016, but Sonos did not file its petition for *Inter Partes* Review until the last possible day to do so, March 7, 2017. Now, with trial just four months away, Sonos asks the Court to expedite review of its motion to stay after briefing is completed on October 30. Given Sonos's delay in filing the IPR, and the status of this case (expert discovery will close and the parties will file summary judgment and *Daubert* motions before briefing on the stay motion is completed), we see no basis to ask the Court to expedite consideration of its stay motion.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (# 1014)

cc:   Clerk of Court (via hand delivery)
       All counsel of record (via electronic mail)