IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D&M HOLDINGS INC. d/b/a THE D+M GROUP, D&M HOLDINGS U.S. INC., <br><br> Plaintiffs, <br><br> v. <br><br> SONOS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-141 (RGA) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL AND MODIFICATION OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, Plaintiffs D&M Holdings Inc. d/b/a The D+M Group and D&M Holdings U.S., Inc. and Defendant Sonos, Inc., by and through their undersigned attorneys, hereby stipulate to dismissal of this action (including all claims, defenses, and counterclaims) with prejudice.

The Parties also jointly stipulate to modify Paragraph 13.4 of the Protective Order (D.I. 45) governing this action such that any restrictions on preparing or prosecuting patent applications set forth in Paragraph 13.4 expire at nine (9) months from the time that a Party complies with its obligation under Paragraph 14 of the Protective Order to return or destroy the specified Protected Material.

It is further stipulated and agreed that each Party will bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Michael J. Flynn* | /s/ *Philip A. Rovner* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mflynn@mnat.com | Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| *Attorneys for Plaintiffs D&M Holdings Inc. d/b/a The D+M Group, D&M Holdings U.S. Inc.* | *Attorneys for Defendant Sonos, Inc.* |

May 18, 2018

SO ORDERED this ___ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE